**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KEVIN A. BROWN, ESQ.
Nevada Bar No. 7671
E-mail: Kevin.Brown@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
T 702.727.1400 | F 702.727.1401
Attorneys for LVGV, LLC; Penn Entertainment, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Shanagolden Gonzalez, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC dba M Resort; Penn Entertainment Inc.; Does I-X, inclusive; Roe Business Entities XI-XX, inclusive<br><br>Defendants. | Case No.: 2:23-cv-02126-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(Third Request)** |

1.  **Summary of Discovery Completed:** All parties have made their Rule 26 disclosures of witnesses and documents. Plaintiff and LVGV, LLC have responded to written discovery requests. Plaintiff, her significant other at the time, and one treating physician were deposed.

2.  **Discovery Remaining:** Discovery was scheduled to close on November 24, 2025.[1] On October 24, 2025, Plaintiff served additional interrogatories, requests for production, and requests for admission to LVGV. On November 7, 2025, Plaintiff noticed LVGV's FRCP 30(b)(6) deposition for November 21, 2025. LVGV was unable to respond to the written discovery by the deadline due to the work required to open a new hotel tower on December 1, 2025. It could not prepare for the deposition for the same reason. The parties agreed to continue the deadline for LVGV to respond to the discovery and to reset the deposition.

3.  **Why the Remaining Discovery Could Not Be Completed:** Please see above.

---

[1] ECF No. 30.

4.    **Discovery Plan**:

The parties propose the extension below. The extension is limited to completing the discovery discussed above. LVGV's responses to written discovery are due by December 24, 2025.

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Amending the Pleadings and Adding Parties | Closed | Closed |
| Initial Expert Disclosures | Closed | Closed |
| Rebuttal Expert Disclosures | Closed | Closed |
| Discovery Closes | Closed | January 30, 2026 |
| Dispositive Motions | December 22, 2025 | February 27, 2026 |
| Pre-Trial Order, if no Dispositive Motions | January 26, 2026 | March 31, 2026 |

| | |
|---|---|
| WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Kevin A. Brown, Esq.<br>Nevada Bar No. 7621<br>Attorneys for LVGV, LLC; Penn<br>Entertainment, Inc. | SOS INJURY LAWYERS<br><br>/s/ Kristian T. Kaskla<br>Michael Sanft, Esq.<br>Nevada Bar No. 8245<br>Kristian T. Kaskla, Esq.<br>Nevada Bar No. 14553<br>Attorneys for Plaintiff |
| | **IT IS SO ORDERED**.<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE<br><br>Dated: 12/15/2025 |

303130358v.2